**Electronically Filed
Supreme Court
SCWC-14-0001336
10-MAY-2016
08:35 AM**

SCWC-14-0001336

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISTRICT COUNCIL 50 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES and ALOHA GLASS SALES & SERVICE, INC., Petitioners/Plaintiffs-Appellants,

vs.

CATHERINE P. AWAKUNI COLÓN, in her capacity as Director, Department of Commerce and Consumer Affairs, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-00001336; CIVIL NO. 13-1-3086-11)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and Circuit Judge Chang in place of Recktenwald, C.J., recused)

Petitioners/Plaintiffs-Appellants' Application for

Writ of Certiorari, filed on March 28, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 10, 2016.

Michael A. Lilly and
Valerie M. Kato
for petitioners

Bryan C. Yee and
Rodney J. Tam
for respondent

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Gary W.B. Chang

